IN THE UNITED STATES DISTICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

1. RITA CRAMPTON, Personal Representative of the Estate of Jane Ann Martin, deceased

   *Plaintiff,*

v.

1. CHRIS MORRIS, Sheriff of Pittsburg County, Oklahoma;

2. ABOUTANAA EL HABTI, Warden of Mabel Bassett Correctional Center;

3. DOES I through X,

   *Defendants,*

Case No: 21-CV-053-JFH

## UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

COMES NOW the Plaintiff, by and through her attorneys of record, and hereby requests this Court grant her Unopposed Motion to Extend all remaining Scheduling Order deadlines by one hundred and eighty (180) days for the reasons set forth below:

1. This case involves Plaintiff's claims that Jane Martin died after responsible medical staff at the Pittsburg County Jail and Mabel Basset Correctional Center disregarded known, obvious and substantial risks to Jane Martin's health and safety.

2. On May 25, 2021, Plaintiff filed her Amended Complaint alleging claims against Sheriff Chris Morris, Aboutanna El Habti ("El Habti"), and the John Doe Defendants. *See* Dkt. # 23.[1]

---

[1] Plaintiff filed her original Complaint in this matter on February 22, 2021 (Dkt. #2), which included claims against the Board of County Commissioners of Pittsburg County and the Oklahoma Department of Corrections. Plaintiff amended her original Complaint to withdraw her claims against those entities.

3. Defendant El Habti filed a Motion to Dismiss Plaintiff's Amended Complaint on June 8, 2021. *See* Dkt. #25.

4. Also on June 8, 2021, Defendant Chris Morris filed his Answer to Plaintiff's Amended Complaint. *See* Dkt. # 26.

5. Plaintiff filed her Response to Defendant El Habti's Motion to Dismiss on June 22, 2021 (Dkt # 27) and Defendant El Habti filed his Reply in Support of the Motion to Dismiss (Dkt # 28) on July 1, 2021. Defendant El Habti's Motion to Dismiss remains pending before the Court.

6. On August 5, 2021, the Court entered its Scheduling Order, which set among other things, an expert identification deadline of February 25, 2022, and a discovery cutoff of April 26, 2022. *See* Dkt # 31.

7. On November 2, 2021, Defendant El Habti filed a Motion seeking to stay the scheduling order deadlines, pending the Court's ruling on his Motion to Dismiss. *See* Dkt # 33.

8. Plaintiff filed her Response to El Habti's Motion to Stay on November 16, 2021. *See* Dkt # 34. Defendant El Habti's Motion to Stay remains pending before the Court.

9. Since the entry of the Court's Scheduling Order the Plaintiff and Defendant Chris Morris have exchanged written discovery. However, with Defendant El Habti's Motion to Stay currently pending, no discovery has been sought from Defendant El Habti.

10. With Defendant El Habti's Motion to Stay pending and the complexity of the issues involved, additional time is required for written discovery.

11. Furthermore, the current matter is a complicated civil rights action which will likely require multiple experts covering different areas and/or components. And because the Parties are not in possession of all relevant information, the Parties would ask that the Court

extend the current Scheduling Order Deadlines by one hundred and eighty (180) days so that the Parties' experts may have the benefit of the entire universe of relevant documents in drafting their reports.

12. The requested extension is not made for purposes of delay, but rather is sought to allow the parties to fairly and fully complete discovery and provide necessary information to their respective experts.

13. Counsel for the Defendants have been contacted and advised that the Defendants have no objection to the requested relief.

14. For the reasons stated above, the Plaintiff respectfully request that the remaining scheduling order deadlines be extended by one hundred and eighty (180) days.

15. For the Court's convenience, a proposed Order listing the remaining Scheduling Order dates and setting forth the proposed new dates is being submitted contemporaneously with this Motion.

WHEREFORE, for the reasons set forth above, the Plaintiff respectfully request that the Court grant their Motion and enter an Order extending the remaining Scheduling Order deadlines in this case by one hundred and eighty (180) days.

Respectfully submitted by:

SMOLEN LAW, PLLC

/s/ John W. Warren
Donald E. Smolen, II, OBA #19944
Laura L. Hamilton, OBA #22619
John W. Warren, OBA #33635
611 S. Detroit Avenue
Tulsa, OK 74120
(918) 777-4529 Telephone
(918) 890-4529 Facsimile
don@smolen.law
laura@smolen.law
jack@smolen.law
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2022, I submitted the above document to the Clerk of Court using the ECF System for filing and transmission of a notice of electronic filing to all counsel who have appeared in this case.

/s/ John W. Warren