IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

1. RITA CRAMPTON as Personal Representative of the Estate of Jane Ann Martin, deceased

    *Plaintiff*,

v.

1. CHRIS MORRIS, Sheriff of Pittsburg County, Oklahoma,
2. ABOUTANAA EL HABTI, Warden of Mabel Bassett Correctional Center,
3. DOES I through X,

    *Defendants*,

Case No: 21-CV-053-JFH

## JOINT MOTION TO STRIKE SCHEDULING ORDER

COMES NOW the Parties jointly, by and through their attorneys of record, and respectfully request that the Court strike the Amended Scheduling Order (Dkt. #47) for the reasons set forth herein. In support, the Parties state the following:

1. Plaintiff filed her Amended Complaint against the Defendants on May 25, 2021, alleging that Jane Martin's ("Ms. Martin") constitutional right to medical care was denied when responsible medical staff at the Pittsburg County Jail and Mabel Basset Correctional Center ("MBCC") disregarded known, obvious and substantial risks to her health and safety. *See* Dkt. # 23.

2. Defendant Aboutanaa El Habti ("El Habti") filed his Motion to Dismiss Plaintiff's Amended Complaint on June 8, 2021 wherein El Habti raised his qualified immunity defense. *See* Dkt. #25.

3. On June 8, 2021, Defendant Chris Morris filed his Answer to Plaintiff's Amended Complaint. *See* Dkt. # 26.

4.	Plaintiff filed her response to Defendant El Habti's Motion to Dismiss on June 22, 2021 (Dkt #27) and Defendant Habti filed his Reply in support of his Motion to Dismiss on July 1, 2021 (Dkt. #28). Defendant El Habti's Motion to Dismiss remains pending before the Court.

5.	On August 5, 2021, the Court entered a Scheduling Order, setting a discovery deadline for April 26, 2022. *See* Dkt. # 31.

6.	On November 2, 2021, Defendant El Habti filed a Motion to Stay, requesting that all remaining deadlines in the Scheduling Order "be stayed until the Court can issue its ruling on the pending Motion to Dismiss." *See* Dkt. #33.

7.	Plaintiff filed her Response in Opposition to Defendant El Habti's Motion to Stay on November 16, 2021 (Dkt. # 34) and El Habti filed his Reply in support of his Motion to Stay on November 19, 2021 (Dkt. #37). Defendant El Habti's Motion to Stay remains pending before this Court.

8.	After the entry of the Court's Scheduling Order (Dkt. #31), the Plaintiff and Defendant Chris Morris began engaging in written discovery.

9.	However, Defendant El Habti continues to abstain from participating in discovery based on his pending Motion to Dismiss (Dkt. #25) and Motion to Stay (Dkt. #33).

10.	Plaintiff filed an Unopposed Motion to Extend the Scheduling Order Deadlines on February 18, 2022, due to the amount of outstanding discovery. *See* Dkt. #45.

11.	The Court granted Plaintiff's Motion and entered an Amended Scheduling Order on March 8, 2022, setting among other things, Plaintiff's expert report deadline for August 26, 2022. *See* Dkt. # 47.

12.	On May 11, 2022, Defendant El Habti filed a Notice of Matters Under Advisement for More than Nine (90) days regarding his Motion to Dismiss and Motion to Stay. *See* Dkt. # 52.

13. In response to Defendant El Habti's Notice of Matters Under Advisement, the Court entered a minute order referring El Habti's Motion to Dismiss and Motion to Stay to Chief District Court Judge Eric F. Melgren for disposition on May 12, 2022. *See* Dkt. # 53.

14. To date, the issue of Defendant El Habti's qualified immunity remains pending before the Court and as a result, the Parties have not yet obtained discovery from Defendant El Habti.

15. Considerable discovery is necessary before this case will be ready for trial, or a productive settlement conference, and Defendant El Habti maintains that he should not be subject to discovery, including depositions, until the Court rules on his Motion to Dismiss.

16. As such, the Parties believe it is appropriate to strike the current Scheduling Order (Dkt. #47) until such time as the Court addresses the pending motions. Thereafter, the Parties would request the Court enter a new scheduling order.

17. For the Court's convenience, a proposed Order is being submitted contemporaneously with this Motion.

WHEREFORE, for the reasons set forth above, the Parties pray the Court strike the current Scheduling Order (Dkt. #47) until such time as the Court addresses the pending motions, and thereafter, if appropriate, enter a new scheduling order.

Respectfully submitted by:

SMOLEN | LAW, PLLC

/s/John W. Warren
Donald E. Smolen, II, OBA #19944
Laura L. Hamilton, OBA #22619
Dustin J. Vanderhoof, OBA #21388
Jack W. Warren, OBA #33635
611 S. Detroit Ave.
Tulsa, OK 74120
don@smolen.law
laura@smolen.law
dustin@smolen.law
jack@smolen.law
*Attorneys for Plaintiff*

/s/ Wellon B. Poe
Wellon B. Poe, OBA No. 12440
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: wbp@czwlaw.com
*Attorney for Defendant Chris Morris*

/s/ Jessica A. Wilkes
Jessica A. Wilkes, OBA #34823
Erin M. Moore, OBA #20787
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: 405.521.3921
Facsimile: 405.521.4518
Email: Jessica.wilkes@oag.ok.gov
Email: erin.moore@oag.ok.gov
*Attorneys for Defendant El Habti*

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2022, I submitted the above document to the Clerk of Court using the ECF System for filing and transmission of a notice of electronic filing to all counsel who have appeared in this case.

/s/John W. Warren