IN THE UNITED STATES DISTICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

1. RITA CRAMPTON, Personal Representative of the Estate of Jane Ann Martin, deceased

    *Plaintiff,*

v.

1. CHRIS MORRIS, Sheriff of Pittsburg County, Oklahoma;
2. ABOUTANAA EL HABTI, Warden of Mabel Bassett Correctional Center;
3. DOES I through X,

    *Defendants,*

Case No: 21-CV-053-EFM

## AMENDED SCHEDULING ORDER

Now before the Court is the Parties' Joint Motion to Extend Scheduling Order Deadlines (Dkt # 66) For good cause shown, the Court finds the motion should be granted and the deadlines set forth in the Second Amended Scheduling Order (Dkt # 58) are hereby amended as set forth in the table below. Unless specifically amended herein, the orders and requirements set forth in the Second Amended Scheduling Order, Dkt # 58, remain in full force and effect.

| Event | Current Deadline | Amended Deadline |
| --- | --- | --- |
| Motions for Joinder of Parties or to Amend the Pleadings | CLOSED | CLOSED |
| Exchange of Preliminary Witness Lists and Proposed Exhibits | 3/13/2023 | 6/12/2023 |
| Expert Identification and Reports | 2/4/2023 | 5/25/2023 |
| Rebuttal Expert Identification and Reports | 3/24/2023 | 6/22/2023 |
| Dispositive Motions Cutoff | 4/10/2023 | 7/10/2023 |
| Discovery Cutoff | 4/25/2023 | 7/24/2023 |
| Motions in Limine and Daubert Motions | 5/17/2023 | 8/15/2023 |
| Responses to Motions in Limine and Daubert Motions | 5/31/2023 | 8/29/2023 |

| | | |
|---|---|---|
| Replies to Motions in Limine and Daubert Motions | 6/7/2023 | 9/5/2023 |
| Deposition/Videotaped/Interrogatory Designations | 6/6/2023 | 9/4/2023 |
| Counter-Designations | 6/16/2023 | 9/14/2023 |
| Objections to Designations | 6/23/2023 | 9/21/2023 |
| Transcripts Annotated with Objections | 6/24/2023 | 9/22/2023 |
| Pretrial Disclosure | 8/22/2023 | 11/20/2023 |
| Exchange of Pre-marked Exhibits | 8/22/2023 | 11/20/2023 |
| Agreed Proposed Pretrial Order | 9/5/2023 | 12/4/2023 |
| Pretrial Conference | 9/13/2023 | To be set by Court |
| Trial Briefs, Requested Jury Instructions | 9/22/2023 | 12/21/2023 |
| Exchange of Demonstrative Exhibits | 9/22/2023 | 12/21/2023 |
| Trial Date | To be set at Pretrial Conference | To be set by Court |

_____
JUDGE OF THE DISTRICT COURT

Submitted by:

Donald E. Smolen, II, OBA #19944
John W. Warren, OBA #33635
SMOLEN LAW, PLLC
611 S. Detroit Avenue
Tulsa, OK 74120
(918) 777-4529 Telephone
(918) 890-4529 Facsimile
don@smolen.law
jack@smolen.law
*Attorneys for Plaintiff*

Wellon B. Poe
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
wbp@czwlaw.com
*Attorney for Defendant Chris Morris Sheriff of Pittsburg County*