UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| RITA CRAMPTON, Personal Representative of the Estate of Jane Ann Martin, deceased, | ) ) ) ) | | |
| Plaintiff, | ) ) | Case No. | CIV-21-53-EFM-GLJ |
| vs. | ) ) | Date: | 9/13/2023 |
| CHRIS MORRIS, Sheriff of Pittsburg County, Oklahoma and DOES 1 through X, | ) ) ) ) | Time: | 9:02 a.m. – 9:17 a.m. |
| Defendants. | ) | | |

## MINUTE SHEET – TELEPHONIC MOTION HEARING

Gerald L. Jackson, Judge     K. Davis, Law Clerk     Reporter – None
D. Walker, Term Clerk
P. Bruce, Deputy Clerk

Counsel for Plaintiff:  John W. Warren
Counsel for Defendant Morris:  Howard T. Morrow

**MINUTES:**

Comes on for the parties' Joint Motion to Extend Scheduling Order (Dkt. 82). Court makes inquiry as to the status of the case. Parties discuss Scheduling Order dates. Fifth Amended Scheduling Order to follow.

COURT ADJOURNED