IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RITA CRAMPTON, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v | ) | Case No.: 21-00053-EFM |
| | ) | |
| CHRIS MORRIS, | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| *Defendants*. | ) | |

**<u>JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT</u>**

The Court has been advised by Magistrate Judge Jason A. Robertson that this action has settled at Settlement Conference held on January 9, 2024.  Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice.  The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**IT IS FURTHER ORDERED** that the clerk forthwith serve copies of this judgment upon the attorneys for the parties appearing in this action.

**IT IS SO ORDERED**.

Dated this 6th day of February, 2024.

ERIC F. MELGREN
UNITED STATES DISTRICT COURT JUDGE