IN THE UNITED STATES DISTICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. RITA CRAMPTON, Personal Representative of the Estate of Jane Ann Martin, deceased<br>  *Plaintiff,*<br><br>v.<br><br>1. CHRIS MORRIS, Sheriff of Pittsburg County, Oklahoma;<br>  *Defendant.* | Case No: 21-CV-053-EFM-GLJ |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rita Crampton ("Plaintiff") and Defendant Chris Morris ("Defendant") (collectively, "the Parties"), hereby jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against the Defendant in the above-styled case be dismissed with prejudice to the re-filing thereof, with the Parties to bear their own costs and fees.

                Respectfully submitted,

                /s/ *John Warren*
                Donald E. Smolen, II.
                John W. Warren
                SMOLEN LAW, PLLC
                611 S. Detroit Avenue
                Tulsa, OK 74120
                (918) 777-4529 Telephone
                (918) 890-4529 Facsimile
                don@smolen.law
                jack@smolen.law

                ***ATTORNEYS FOR PLAINTIFF***

                -and-

s/ *Wellon B. Poe*
Wellon B. Poe, OBA No. 12440
Howard T. Morrow, OBA No. 32650
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second
Floor Oklahoma City, OK  73105
Telephone:       (405) 524-2070
Facsimile:       (405) 524-2078
Email   wbp@czwlaw.com
Email: htm@czwlaw.com

***ATTORNEYS FOR DEFENDANT CHRIS MORRIS, SHERIFF OF PITTSBURG COUNTY***

2